SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Jay M. Goffman
Mark A. McDermott
Shana A. Elberg
Evan A. Hill
Edward P. Mahaney-Walter
Four Times Square
New York, New York 10036-6522
Telephone: (212) 735-3000
Fax: (212) 735-2000

*Proposed Counsel for Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re* | **Chapter 11** |
| **STEARNS HOLDINGS, LLC,** *et al.*, | **Case No. 19-12226 (SCC)** |
| Debtors.[1] | **Jointly Administered** |

**NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR HEARING
ON JULY 23, 2019 AT 10:00 A.M. (EASTERN TIME)**

Location of Hearing:    Honorable Shelley C. Chapman, Courtroom 623, United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004

---

[1] The Debtors and the last four digits of their taxpayer identification numbers are: Stearns Holdings, LLC (8219); Stearns Co-Issuer Inc. (7096); Stearns Lending, LLC (1773); Stearns Ventures, LLC (2386); Protos Acquisition LLC (4941); bSNAP, LLC (2498); and Private Mortgage Advisors, LLC (7493). The address of Protos Acquisition LLC is 345 Park Avenue, New York, NY 10154. The address of the other Debtors is c/o Stearns Lending, LLC, 750 East Highway, 121 Bypass, Suite 150, Lewisville, TX 75067.

[2] *For ease of reference, amended items appear in italics.*

| | |
|---|---|
| Copies of Motions and Applications: | Copies of each pleading identified below can be viewed and/or obtained by: (i) accessing the Court's website at www.nysb.uscourts.gov, (ii) contacting the Office of the Clerk of the Court at United States Bankruptcy Court, Southern District of New York, or (iii) from the Debtors' proposed notice and claims agent, Prime Clerk LLC, at https://cases.primeclerk.com/stearns or contacting Prime Clerk directly at (844) 234-1461(toll free for callers within the United States) and (917) 942-6399 (for international callers) or stearnsinfo@primeclerk.com. |

## I. CONTESTED MATTERS

1. **Plan Sponsor Motion**: Motion of Debtors for an Order (A) Approving the Plan Sponsor Selection Procedures; (B) Establishing Notice Procedures; and (C) Granting Related Relief [Docket No. 33]

    Related Documents:

    a) Notice of Hearing on Motion of Debtors for an Order (A) Approving the Plan Sponsor Selection Procedures; (B) Establishing Notice Procedures; and (C) Granting Related Relief [Docket No. 108]

    Objection Deadline:   July 16, 2019 at 4:00 p.m. (Eastern Time), extended until July 17, 2019 at 5:00 p.m. for PIMCO

    Objections/Responses Filed:

    b) Objection of Pacific Investment Management Company LLC to the Debtors' Motion for an Order (A) Approving the Plan Sponsor Selection Procedures; (B) Establishing Notice Procedures; and (C) Granting Related Relief [Docket No. 119]

    c) *Debtors' Reply to Objection of Pacific Investment Management Company LLC to Motion of Debtors for an Order (A) Approving the Plan Sponsor Selection Procedures; (B) Establishing Notice Procedures; and (C) Granting Related Relief [Docket No. 139]*

    d) *Declaration of D.J. Baker in Support of Debtors' Plan Sponsor Selection Procedures Motion [Docket No. 140]*

    Status:   This matter is going forward.

Dated: July 22, 2019
      New York, New York

                                      SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

                                      */s/ Jay M. Goffman*
                                      Jay M. Goffman
                                      Mark A. McDermott
                                      Shana A. Elberg
                                      Evan A. Hill
                                      Edward P. Mahaney-Walter
                                      4 Times Square
                                      New York, New York 10036
                                      Telephone: (212) 735-3000
                                      Fax: (212) 735-2000

                                      *Proposed Counsel for Debtors and Debtors in Possession*