SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Jay M. Goffman
Mark A. McDermott
Shana A. Elberg
Evan A. Hill
Edward P. Mahaney-Walter
Four Times Square
New York, New York 10036-6522
Telephone: (212) 735-3000
Fax: (212) 735-2000

*Counsel for Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re* | **Chapter 11** |
| **STEARNS HOLDINGS, LLC,** *et al.*, | **Case No. 19-12226 (SCC)** |
| **Debtors.**[1] | **Jointly Administered** |
| | **Related Dkt. Nos. 33 & 151** |

**<u>NOTICE OF EXTENDED BID DEADLINE AND AUCTION DATE</u>**

> **PLEASE TAKE NOTICE** that on July 9, 2019, Stearns Holdings, LLC and its

affiliates, the debtors and debtors in possession in the above-captioned cases (collectively, the

"**Debtors**") filed the *Motion of Debtors for an Order (A) Approving the Plan Sponsor Selection*

*Procedures; (B) Establishing Notice Procedures; and (C) Granting Related Relief* [Docket No.

33] (the "**Motion**").

> **PLEASE TAKE FURTHER NOTICE** that the hearing on the Motion was held

on  July 23, 2019 and on July 24, 2019 the Court entered the *Order (A) Approving the Plan*

---

[1]    The Debtors and the last four digits of their taxpayer identification numbers are: Stearns Holdings, LLC (8219); Stearns Co-Issuer Inc. (7096); Stearns Lending, LLC (1773); Stearns Ventures, LLC (2386); Protos Acquisition LLC (4941); bSNAP, LLC (2498); and Private Mortgage Advisors, LLC (7493). The address of Protos Acquisition LLC is 345 Park Avenue, New York, NY 10154. The address of the other Debtors is c/o Stearns Lending, LLC, 750 East Highway, 121 Bypass, Suite 150, Lewisville, TX 75067.

*Sponsor Selection Procedures; (B) Establishing Notice Procedures; and (C) Granting Related Relief* [Docket No. 151] (the "**Order**" approving the "**Selection Procedures**").

        **PLEASE TAKE FURTHER NOTICE** that the Order set the deadline for qualified bids (the "**Bid Deadline**") for September 6, 2019 and the auction (the "**Auction**") for September 9, 2019, respectively.

        **PLEASE TAKE FURTHER NOTICE** that pursuant to the terms of the Selection Procedures, the Debtors hereby extend the Bid Deadline to **September 12, 2019 at 4:00 p.m. (Eastern Time)** and extend the date of the Auction to **September 16, 2019 at 10:00 a.m. (Eastern Time).**

Dated:  September 5, 2019
       New York, New York


                    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

                    */s/ Jay M. Goffman*
                    Jay M. Goffman
                    Mark A. McDermott
                    Shana A. Elberg
                    Evan A. Hill
                    Edward P. Mahaney-Walter
                    4 Times Square
                    New York, New York 10036
                    Telephone: (212) 735-3000
                    Fax: (212) 735-2000

                    *Counsel for Debtors and Debtors in Possession*