SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Jay M. Goffman
Mark A. McDermott
Shana A. Elberg
Evan A. Hill
Edward P. Mahaney-Walter
Four Times Square
New York, New York 10036-6522
Telephone: (212) 735-3000
Fax: (212) 735-2000

*Counsel for Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re* | **Chapter 11** |
| **STEARNS HOLDINGS, LLC,** *et al.*, | **Case No. 19-12226 (SCC)** |
| **Debtors.**[1] | **Jointly Administered** |

**NOTICE OF CANCELLATION OF COMBINED OMNIBUS HEARING AND**
**DISCLOSURE STATEMENT HEARING**

**PLEASE TAKE NOTICE** that the combined omnibus hearing and the hearing on the *Debtors' Motion for Order (I) Approving the Amended Disclosure Statement; (II) Scheduling an Expedited Hearing and Shortening Notice on Confirmation of the Amended Plan; (III) Establishing and Shortening Notice on Deadlines and Procedures for Filing Objections to Confirmation of the Amended Plan; (IV) Establishing Deadlines and Procedures for Voting on the Amended Plan; (V) Approving Solicitation Procedures; (VI) Establishing Procedures for Tabulation of Votes; and (VII) Granting Related Relief* [Docket No. 320] scheduled to take place

---

[1] The Debtors and the last four digits of their taxpayer identification numbers are: Stearns Holdings, LLC (8219); Stearns Co-Issuer Inc. (7096); Stearns Lending, LLC (1773); Stearns Ventures, LLC (2386); Protos Acquisition LLC (4941); bSNAP, LLC (2498); and Private Mortgage Advisors, LLC (7493). The address of Protos Acquisition LLC is 345 Park Avenue, New York, NY 10154. The address of the other Debtors is c/o Stearns Lending, LLC, 750 East Highway, 121 Bypass, Suite 150, Lewisville, TX 75067.

before the Honorable Shelley C. Chapman, Courtroom 623, United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004 on September 26, 2019 at 11:00 a.m. (Eastern Time) has been cancelled.

Dated: September 23, 2019
      New York, New York

                        SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

                        */s/ Jay M. Goffman*
                        Jay M. Goffman
                        Mark A. McDermott
                        Shana A. Elberg
                        Evan A. Hill
                        Edward P. Mahaney-Walter
                        4 Times Square
                        New York, New York 10036
                        Telephone: (212) 735-3000
                        Fax: (212) 735-2000

                        *Counsel for Debtors and Debtors in Possession*