SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Jay M. Goffman
Mark A. McDermott
Shana A. Elberg
Evan A. Hill
Edward P. Mahaney-Walter
Four Times Square
New York, NY 10036
Telephone: (212) 735-3000
Fax: (212) 735-2000

*Counsel to Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re* | Chapter 11 |
| **STEARNS HOLDINGS, LLC,** *et al.*, | Case No. 19-12226 (SCC) |
| **Debtors.**[1] | Jointly Administered |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON**
**OCTOBER 24, 2019 AT 10:00 A.M. (EASTERN TIME)**

| | |
|---|---|
| Location of Hearing: | Honorable Shelley C. Chapman, Courtroom 623, United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004. |
| Copies of Motions and Applications: | Copies of each pleading identified below can be viewed and/or obtained: (i) by accessing the Court's website at www.nysb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at United States Bankruptcy Court, Southern District of New York, or (iii) from the Debtors' claims and noticing agent, Prime Clerk LLC, at https://cases.primeclerk.com/stearns or contacting Prime Clerk directly at (844) 234-1461 (toll free for callers within the United States) or (917) 942-6399 (for international callers) or at stearnsinfo@primeclerk.com. |

---

[1] The Debtors and the last four digits of their taxpayer identification numbers are: Stearns Holdings, LLC (8219); Stearns Co-Issuer Inc. (7096); Stearns Lending, LLC (1773); Stearns Ventures, LLC (2386); Protos Acquisition LLC (4941); bSNAP, LLC (2498); and Private Mortgage Advisors, LLC (7493). The address of Protos Acquisition LLC is 345 Park Avenue, New York, NY 10154. The address of the other Debtors is c/o Stearns Lending, LLC, 750 East Highway, 121 Bypass, Suite 150, Lewisville, TX 75067.

**I.    CONTESTED MATTER**

**PLAN CONFIRMATION**

1. Notice of Filing of Revised Amended Joint Chapter 11 Plan of Reorganization of Stearns Holdings, LLC, *et al*. [Docket No. 353]

   <u>Objection Deadline</u>:    October 17, 2019 at 4:00 p.m.

   <u>Related Documents</u>:    Notice of Filing of Solicitation Version of Amended Disclosure Statement with Respect to the Amended Joint Chapter 11 Plan of Reorganization of Stearns Holdings, LLC, *et al*. [Docket No. 354]

   Notice of Filing of Non-Substantive Modifications to the Solicitation Version of the Amended Disclosure Statement with Respect to the Amended Joint Chapter 11 Plan of Reorganization of Stearns Holdings, LLC, *et al*. [Docket No. 356]

   Order (I) Approving the Amended Disclosure Statement; (II) Scheduling an Expedited Hearing and Shortening Notice on Confirmation of the Amended Plan; (III) Establishing Deadlines and Procedures for Filing Objections to Confirmation of the Amended Plan; (IV) Establishing and Shortening Notice on Deadlines and Procedures for Voting on the Amended Plan; (V) Approving Solicitation Procedures; (VI) Establishing Procedures for Tabulation of Votes; and (VII) Granting Related Relief [Docket No. 349]

   Order (I) Authorizing Entry Into the Restructuring Support Agreement and (II) Granting Related Relief [Docket No. 350]

   Affidavit of service of Jamie B. Herszaft regarding service of Docket Nos. 349, 350, 353, 354, and 356 [Docket No. 375]

   Notice of (I) Approval of the Adequacy of the Amended Disclosure Statement, (II) Solicitation and Notice Procedures, (III) Objection and Voting Deadlines, and (IV) the Hearing to Confirm the Amended Joint Chapter 11 Plan of Reorganization of Stearns Holdings, LLC, *et al*. [Docket No. 351]

Affidavit of Service (Supplemental) of Xavi Flores Regarding Notice of Approval of Adequacy of Disclosure Statement [Docket No. 369]

Affidavit of Service of Craig Johnson Regarding Solicitation Materials [Docket No. 376]

Notice of Certification of Publication of James Mapplethorpe Regarding Notice of (A) Confirmation Hearing with Respect to the Amended Joint Chapter 11 Plan of Reorganization of Stearns Holdings, LLC, et al. and (B) Related Objection Deadline [Docket No. 377]

Notice of Filing of Plan Supplement to the Amended Joint Chapter 11 Plan of Reorganization of Stearns Holdings, LLC, *et al.* [Docket No. 385]

Notice of Filing of Second Plan Supplement to the Amended Joint Chapter 11 Plan of Reorganization of Stearns Holdings, LLC, *et al.* [Docket No. 393]

Affidavit of Service of James Mapplethorpe Regarding Notice of Assumption of Executory Contracts & Unexpired Leases and Proposed Cure Amounts and Notice of Rejection of Executory Contracts & Unexpired Leases [Docket No. 397]

Affidavit of Service of Nora Hafez Regarding Notice of Filing of Plan Supplement to the Amended Joint Chapter 11 Plan of Reorganization of Stearns Holdings, LLC, *et al.* [Docket No. 399]

Affidavit of Service Nora Hafez Regarding Notice of Filing of the Second Plan Supplement to the Joint Chapter 11 Plan of Reorganization of Stearns Holdings, LLC, *et al.* [Docket No. 402]

Declaration of Craig E Johnson of Prime Clerk LLC Regarding the Solicitation of Votes and Tabulation of Ballots Cast on the Amended Joint Chapter 11 Plan of Reorganization of Stearns Holdings, LLC, *et al.* [Docket No. 407]

Notice of Filing of Third Plan Supplement to the Amended Joint Chapter 11 Plan of Reorganization of Stearns Holdings, LLC, *et al.* [Docket No. 408]

| | |
|---|---|
| | Memorandum of Law (I) in Support of Entry of an Order Confirming the Amended Joint Chapter 11 Plan of Reorganization of Stearns Holdings, LLC, *et al.* and (II) in Response to Objections Thereto [Docket No. 409] |
| | Notice of Filing of Proposed Findings of Fact, Conclusions of Law, and Order Confirming the Amended Joint Chapter 11 Plan of Reorganization of Stearns Holdings, LLC, *et al.* [Docket No. 410] |
| | Declaration of D.J. Baker in Support of Debtors Amended Joint Chapter 11 Plan of Reorganization of Stearns Holdings LLC *et al.* [Docket No. 411] |
| | Declaration of Paul Sheaffer in Support of Debtors Amended Joint Chapter 11 Plan of Reorganization of Stearns Holdings LLC, *et al.* [Docket No. 412] |
| | Declaration of Robert Campagna, Alvarez & Marsal North America, LLC, in Support of Confirmation of the Amended Joint Chapter 11 Plan of Reorganization of Stearns Holdings, LLC, *et al.* [Docket No. 413] |
| | Declaration of Stephen Smith in Support of Confirmation of the Amended Joint Chapter 11 Plan of Reorganization of Stearns Holdings, LLC, *et al.* [Docket No. 414] |
| <u>Responses Filed</u>: | Objection of United States Trustee to Disclosure Statement for Joint Chapter 11 Plan of Reorganization of Stearns Holdings, LLC, *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 223] |
| | Objection of United States Trustee to Amended Disclosure Statement for Amended Joint Chapter 11 Plan of Reorganization of Stearns Holdings, LLC, *et al.*, Pursuant to Chapter 11 of The Bankruptcy Code [Docket No. 336] |
| | Federal National Mortgage Association's Omnibus Objection to Plan, Sale Agreements and Notices of Assumption and Cure Amounts [Docket No. 396] |

|  |  |
|---|---|
|  | Limited Response of Pacific Investment Management Company LLC to Objection of the United States Trustee to Confirmation of the Amended Joint Chapter 11 Plan of Reorganization of Stearns Holdings, LLC, *et al.*, and Joinder in the Debtors' Reply [Docket No. 417] |
| **Status:** | **The hearing on this matter is going forward.** |

## II.   UNCONTESTED MATTERS

2.  Debtors' Third Omnibus Lease Rejection Motion & Motion to Abandon Property [Docket No. 366]

|  |  |
|---|---|
| Objection Deadline: | October 17, 2019 at 4:00 p.m. |
| Related Documents: | Affidavit of Service of Nora Hafez Regarding Notice of Hearing on Debtors' Third Omnibus Lease Rejection Motion [Docket No. 378] |
|  | Certificate of No Objection with Respect to Order Granting Debtors' Third Omnibus Lease Rejection Motion & Motion to Abandon Property [Docket No. 415] |
| Responses Filed: | None. |
| **Status:** | **As shown above, the Debtors have filed a certificate of no objection for this matter and respectfully request that the Court enter the order ahead of this hearing. If an order has not been entered ahead of this hearing, this matter will go forward and the Debtors respectfully request that the Court grant the motion at the hearing and subsequently enter the order. If an order has been entered ahead of this hearing, this agenda item will not go forward.** |

3.  Debtors' Motion for Order Authorizing Abandonment of Property [Docket No. 386]

|  |  |
|---|---|
| Objection Deadline: | October 17, 2019 at 4:00 p.m. |
| Related Documents: | Debtors' *Ex Parte* Motion (A) for Expedited Hearing and (B) to Shorten Notice for Debtors' |

5

|   |   |
|---|---|
|   | Motion for Order for Authorizing Abandonment of Property [Docket No. 387] |
|   | Order Granting Debtors' Ex Parte Motion (A) for Expedited Hearing and (B) to Shorten Notice for Debtors' Motion for Order for Authorizing Abandonment of Property [Docket No. 389] |
|   | Affidavit of Service of Nora Hafez Regarding Notice of Filing Debtors' Motion for Order Authorizing Abandonment of Property [Docket No. 399] |
|   | Certificate of No Objection with Respect to Debtors' Motion for Order Authorizing Abandonment of Property [Docket No. 416] |
| Responses Filed: | None. |
| **Status:** | **As shown above, the Debtors have filed a certificate of no objection for this matter and respectfully request that the Court enter the order ahead of this hearing. If an order has not been entered ahead of this hearing, this matter will go forward and the Debtors respectfully request that the Court grant the motion at the hearing and subsequently enter the order. If an order has been entered ahead of this hearing, this agenda item will not go forward.** |

4. Notice of Presentment of Stipulation and Agreed Order Between Debtors and CSHV Metropoint, LLC [Docket No. 390]

|   |   |
|---|---|
| Objection Deadline: | October 22, 2019 at 12:00 p.m. |
| Related Documents: | None. |
| Responses Filed: | None. |
| Presentment Date: | October 23, 2019 at 12:00 p.m. |
| **Status:** | **As of the date of the filing of this agenda, the presentment date has not yet passed. To date, no objections have been received. If no objections are received, the Debtors respectfully request that the Court enter the order on the presentment date, in which case this agenda item** |

> will not go forward. If an objection is received or if the order is otherwise not entered ahead of this hearing, this matter will go forward. The notice of presentment identified this hearing as the hearing to consider any objections to the relief requested.

5. Notice of Presentment of Debtors' Motion for Entry of a Stipulation and Agreed Order Rejecting Unexpired Lease [Docket No. 392]

   Objection Deadline:      October 22, 2019 at 12:00 p.m.

   Related Documents:      None.

   Responses Filed:          None.

   Presentment Date:         October 23, 2019 at 12:00 p.m.

   **Status:**                       **As of the date of the filing of this agenda, the presentment date has not yet passed. To date, no objections have been received. If no objections are received, the Debtors respectfully request that the Court enter the order on the presentment date, in which case this agenda item will not go forward. If an objection is received or if the order is otherwise not entered ahead of this hearing, this matter will go forward. The notice of presentment identified this hearing as the hearing to consider any objections to the relief requested.**

6. Notice of Presentment of Stipulation and Agreed Order Between Debtors and Cindy Baiz, Aaron Rodriguez, and Christina Schmetzer [Docket No. 398]

   Objection Deadline:      October 22, 2019 at 12:00 p.m.

   Related Documents:      None.

   Responses Filed:          None.

   Presentment Date:         October 23, 2019 at 12:00 p.m.

   **Status:**                       **As of the date of the filing of this agenda, the presentment date has not yet passed. To date, no objections have been received. If no objections are received, the Debtors respectfully request that the Court enter the order on the**

**presentment date, in which case this agenda item will not go forward. If an objection is received or if the order is otherwise not entered ahead of this hearing, this matter will go forward. The notice of presentment identified this hearing as the hearing to consider any objections to the relief requested.**

7. Notice of Presentment of Stipulation and Agreed Order Between Debtors and Lehman Brothers Holdings Inc. [Docket No. 400]

   Objection Deadline:    October 22, 2019 at 12:00 p.m.

   Related Documents:    None.

   Responses Filed:    None.

   Presentment Date:    October 23, 2019 at 12:00 p.m.

   **Status:**    **As of the date of the filing of this agenda, the presentment date has not yet passed. To date, no objections have been received. If no objections are received, the Debtors respectfully request that the Court enter the order on the presentment date, in which case this agenda item will not go forward. If an objection is received or if the order is otherwise not entered ahead of this hearing, this matter will go forward. The notice of presentment identified this hearing as the hearing to consider any objections to the relief requested.**

Dated: October 22, 2019
      New York, New York

                            SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

                            */s/ Jay M. Goffman*
                            Jay M. Goffman
                            Mark A. McDermott
                            Shana A. Elberg
                            Evan A. Hill
                            Edward P. Mahaney-Walter
                            Four Times Square
                            New York, NY 10036
                            Telephone: (212) 735-3000
                            Fax: (212) 735-2000

                            *Counsel to Debtors and Debtors in Possession*