# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re: STEARNS HOLDINGS, LLC et al.  
Debtor

Case No. 19-12226  
Reporting Period September 01, 2019 to September 30, 2019

---

**Global Notes To Monthly Operating Report**

---

On July 9, 2019 (the "Petition Date"), Stearns Holdings, LLC and its affiliated debtors, as debtors and debtors in possession (collectively, the "Debtors"), each commenced with this Court a voluntary case under chapter 11 of the United States Code (the "Bankruptcy Code"). The Debtors are authorized to continue operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

The Debtors are filing their consolidated monthly operating report (the "MOR") solely for purposes of complying with the monthly operating requirements applicable in the Debtors' chapter 11 cases. The MOR should not be relied upon by any persons for information relating to current or future financial conditions, events, or performance of any of the Debtors or their affiliates.

The following notes and statements of limitation should be referred to, and referenced, in connection with any review of the MOR:

1. **Basis of Presentation -** For financial reporting purposes, the Debtors generally prepare consolidated financial statements, which include information for Stearns Holdings, LLC and its Debtor affiliates. The financial statements and information contained herein are unaudited and preliminary. The Debtors are maintaining their books and records in accordance with generally accepted accounting principles ("GAAP") and the information furnished in this MOR uses the Debtors' normal accrual method of accounting. In preparing the MOR, the Debtors relied on financial data derived from their books and records that was available at the time of preparation. Subsequent information or discovery may result in material changes to the MOR and errors or omissions may exist. Notwithstanding any such discovery, new information, and errors or omissions, the Debtors do not undertake any obligation or commitment to update the MOR. In preparing the MOR, the Debtors presented their investment in non-Debtor entities within the Members' Equity section of the attached Consolidated Balance Sheet for practical expedient purposes.

2. **Reporting Period –** Unless otherwise noted herein, the MOR generally reflects the Debtors' books and records and financial activity occurring during the applicable reporting period. Except as otherwise noted, no adjustments have been made for activity occurring after the close of the reporting period.

3. **Accuracy –** The financial information disclosed herein was not prepared in accordance with federal or state securities laws or other applicable non-bankruptcy law or in lieu of complying with any periodic reporting requirements thereunder. Persons and entities trading in or otherwise purchasing, selling, or transferring the claims against or equity interests in the Debtors should evaluate this financial information in light of the purposes for which it was prepared. The Debtors are not liable for and undertake no responsibility to indicate variations from securities laws or for any evaluations of the Debtors based on this financial information or any other information.

4. **Payment of Prepetition Claims Pursuant to First Day Orders –** Within the first weeks of the commencement of the Debtors' chapter 11 cases, the Bankruptcy Court entered interim and final orders authorizing, but not directing, the Debtors to, among other things, pay certain prepetition (a) service fees and charges assessed by the Debtors' cash management banks; (b) obligations related to joint ventures and preferred partners; (c) insurance obligations; (d) surety bond program obligations; (e) employee wages, salaries, and related items, including independent contractor obligations; (f) critical vendors; and (g) taxes and assessments. Payments made on account of such claims following the commencement of these chapter 11 cases were paid pursuant to the authority granted to the Debtors by the Bankruptcy Court under the First-Day Orders.

5. **Liabilities Subject to Compromise –** As of the date of this MOR, the process remains ongoing for reconciling pre-petition claims against the Debtors' estates. Accordingly, the amounts currently classified as liabilities subject to compromise (i.e., pre-petition liabilities) are estimates and are subject to future change and adjustment.

6. **Reservation of Rights –** Given the complexity of the Debtors' businesses, inadvertent errors, omissions, or over inclusion of contracts or leases may have occurred. Accordingly, the Debtors hereby reserve all of their rights to dispute the validity, status, enforceability, or executory nature of any claim amount, representation, or other statement in this MOR and reserve the right to amend or supplement this MOR if necessary, but shall be under no obligation to do so.

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re: STEARNS HOLDINGS, LLC et al.  
Debtor

Case No. 19-12226  
Reporting Period September 01, 2019 to September 30, 2019

**Corporate Monthly Operating Report**

| Required Documents | Form Number | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1a | **Yes** | |
| Bank Account Balances | MOR-1b | **Yes** | |
| Summary of Post-petition Payments to Insiders | MOR-1c | **Yes** | |
| Consolidated Statement of Operations | MOR-2 | **Yes** | |
| Consolidated Balance Sheet | MOR-3 | **Yes** | |
| Status of Post-petition Taxes | MOR-4 | **Yes** | |
| Schedule of Retained Restructuring Professional Fees | MOR-5 | **Yes** | |
| Debtor Questionnaire | MOR-6 | **Yes** | |
| Quarterly Fee Summary | N/A | **Yes** | |

This MOR has been prepared solely for the purposes of complying with the monthly reporting requirements applicable in these chapter 11 cases and is in a format that the Debtors believe is acceptable to the United States Trustee. The financial information contained herein is limited in scope and covers a limited time period. Moreover, such information is preliminary and unaudited, and is not prepared in accordance with US GAAP.

I declare under penalty of perjury that this report and the attached documents are true and correct to the best of my knowledge and belief.

/S/ Stephen Smith  
Signature

October 30, 2019  
Date

Stephen Smith  
Chief Financial Officer

October 30, 2019  
Date

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re: STEARNS HOLDINGS, LLC et al.  
Debtor

Case No. 19-12226  
Reporting Period September 01, 2019 to September 30, 2019

**Schedule of Cash Receipts and Disbursements ($)**

| Case No. | Debtor Entity Name: | Net Receipts[1] | Net Disbursements[2] |
|---|---|---:|---:|
| 19-12225 | PROTOS ACQUISITION LLC | - | - |
| 19-12226 | STEARNS HOLDINGS, LLC | - | 2,403,722.93 |
| 19-12227 | BSNAP, LLC | - | - |
| 19-12228 | PRIVATE MORTGAGE ADVISORS, LLC | 45,036.03 | 146,836.84 |
| 19-12229 | STEARNS LENDING, LLC [3] | 205,181,825.87 | 190,301,066.44 |
| 19-12230 | STEARNS CO-ISSUER INC. | - | - |
| 19-12231 | STEARNS VENTURES, LLC | 41.20 | - |
| | *Total:* | **205,226,903.10** | **192,851,626.21** |

**Summary of Debtor-In-Possession (DIP) Financing**

| Period Covered | Receipts | Disbursements |
|---|---:|---:|
| July 09, 2019 through July 31, 2019 | 82,553,987.00 | 29,391,532.84 |
| August 01, 2019 though August 31, 2019 | 123,409,383.55 | 44,086,227.25 |
| September 01, 2019 though September 30, 2019 | 117,056,381.47 | 43,247,554.04 |
| *Total:* | **323,019,752.02** | **116,725,314.13** |

**Reporting Period September 01, 2019 to September 30, 2019 Detail**

| Company | Description | Receipts | Disbursements |
|---|---|---:|---:|
| Nomura | Lending warehouse facility activity; trading related activity | 13,649,906.08 | 11,670,007.82 |
| Barclays | Lending warehouse facility activity; trading related activity | 103,406,475.39 | 31,284,435.10 |
| Blackstone | DIP financing; operational needs | - | 293,111.12 |
| | *Total:* | **117,056,381.47** | **43,247,554.04** |

**Notes:**
(1) The Net Receipts exclude intercompany transactions between the Debtors and non-Debtors.
(2) The Net Disbursements exclude intercompany transactions between the Debtors and non-Debtors.
(3) Receipts and disbursements associated with DIP financing monies (as shown in the tables above) are reflected within Stearns Lending, LLC

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF NEW YORK

In re: STEARNS HOLDINGS, LLC et al.  
Debtor

Case No. 19-12226  
Reporting Period September 01, 2019 to September 30, 2019

**Bank Account Balances ($)**[1]

| Depository Institution | Account Name | Description | Last 4 | Month End Balance |
|---|---|---|---|---|
| Western Alliance Bank | PMA 203K Trust - x2949 | Custodial | 2949 | - |
| Western Alliance Bank | PMA Impounds - x6609 | Custodial | 6609 | 44,111.62 |
| City National Bank | SL Servicing LLC | Custodial | 2922 | 1,189,423.54 |
| City National Bank | SL Servicing LLC | Custodial | 2973 | 3,905,293.69 |
| City National Bank | SL Servicing LLC | Custodial | 9696 | 300.00 |
| City National Bank | SL Servicing LLC | Custodial | 2030 | (100.00) |
| City National Bank | Stearns Lending LLC, Trust | Custodial | 3121 | 49,725.46 |
| City National Bank | STEARNS FNMA Homestyle, Trust | Custodial | 3462 | 1,282,501.19 |
| City National Bank | Stearns Lending, LLC GNMA, Trust | Custodial | 0059 | 955,692.00 |
| City National Bank | Stearns Lending LLC Impound, trust | Custodial | 0040 | 2,392,202.37 |
| City National Bank | Stearns Lending LLC | Custodial | 4999 | 4,146,667.94 |
| City National Bank | Stearns Lending LLC | Custodial | 6145 | 1.00 |
| City National Bank | Stearns Lending LLC | Custodial | 6137 | 1.00 |
| City National Bank | SL Servicing, Inc. | Custodial | 2930 | 2,760,074.30 |
| City National Bank | Stearns GMNA 203K Trust | Custodial | 4917 | (47.76) |
| City National Bank | Stearns Lending LLC | Custodial | 4879 | 42,168.84 |
| City National Bank | Stearns Lending LLC | Custodial | 5014 | 22,865.08 |
| Wells Fargo | Stearns Oregon Trust | Custodial | 6725 | 54,873.96 |
| Wells Fargo | Stearns GMNA 203K Oregon Trust | Custodial | 2211 | 23,012.19 |
| Nexbank | Stearns Lending, LLC Trustee of P&I Custodial Account or P&I Disbursement Account for Various GNMA MBS Pools or Loan Packages | Custodial | 8958 | - |
| Nexbank | GNMA I MBS P&I | Custodial | 8966 | - |
| Nexbank | GNMA II MBS Custodial | Custodial | 8974 | 3,776,906.96 |
| Nexbank | GNMA I T&I Buydown Account | Custodial | 1721 | - |

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re: STEARNS HOLDINGS, LLC et al.  
Debtor

Case No. 19-12226  
Reporting Period September 01, 2019 to September 30, 2019

**Bank Account Balances ($)**[1]

| Depository Institution | Account Name | Description | Last 4 | Month End Balance |
|---|---|---|---|---|
| Nexbank | GNMA II T&I Buydown Account | Custodial | 1739 | 6,306.51 |
| Nexbank | FNMA P&I Bailee | Custodial | 9006 | 142,473.74 |
| Nexbank | INV 04420 | Custodial | 9873 | 45,510.81 |
| Nexbank | INV 04320 | Custodial | 9881 | 2,552,608.41 |
| Nexbank | INV 40320 | Custodial | 9899 | 10,092,008.66 |
| Nexbank | FNMA P&I | Custodial | 8982 | - |
| Nexbank | FNMA P&I Bailee | Custodial | 8990 | - |
| Nexbank | EverBank P&I Custodial | Custodial | 3473 | 378,593.97 |
| Nexbank | EverBank T&I Custodial | Custodial | 3750 | 541,794.73 |
| Nexbank | Citibank - P&I Payment Custodial Account | Custodial | 4469 | 171,882.24 |
| Nexbank | Citibank - P&I Payment Custodial Account | Custodial | 4477 | 88,060.90 |
| Nexbank | Stearns Ventures P&I Custodial Account | Custodial | 4162 | 80,653.95 |
| Nexbank | Stearns Ventures T&I Custodial Account | Custodial | 4170 | 288,978.20 |
| Nexbank | Checking | Custodial | *639 | 744,802.24 |
| Nexbank | Checking | Custodial | *647 | 142,991.90 |
| Wells Fargo | Stearns Lending Pledge | Restricted | 3511 | 285.03 |
| Texas Capital Bank | Reserve Account | Restricted | 3284 | 125.17 |
| EverBank | Stearns Lending Inc. Reserve | Restricted | 3770 | 0.03 |
| Bank of America | Stearns Lending OU Account | WH/partially Restricted | 0784 | - |
| Wells Fargo | Private Mortgage Advisors Pledge | Restricted | 9285 | - |
| Western Alliance Bank | Private Mortgage Advisors Pledge | Restricted | 2640 | 75,136.97 |
| City National Bank | Stearns Holdings, Inc | Operating | 3004 | 62,993.89 |
| City National Bank | Broker Commissions Account | Operating | 8137 | - |

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF NEW YORK

In re: STEARNS HOLDINGS, LLC et al.  
Debtor

Case No. 19-12226  
Reporting Period September 01, 2019 to September 30, 2019

**Bank Account Balances ($)**[1]

| Depository Institution | Account Name | Description | Last 4 | Month End Balance |
|---|---|---|---|---|
| City National Bank | Stearns General/Operating | Operating | 6193 | 24,911,672.59 |
| City National Bank | Stearns Payroll | Payroll | 6185 | 136,956.64 |
| City National Bank | Stearns Lending Merchant | Operating | 4887 | 621,625.78 |
| City National Bank | Stearns Lending LLC | Operating | 1076 | 100.00 |
| Wells Fargo | Stearns Lending Collection | WH | 3503 | - |
| Deutsche Bank National Trust Company | Warehouse Account | WH | -001 | 2,825,246.67 |
| Deutsche Bank National Trust Company | Warehouse Account | WH | -001 | - |
| EverBank | Stearns Lending LLC | WH | 2323 | - |
| EverBank | Stearns Lending Inc. Inbound | WH | 2315 | - |
| Texas Capital Bank | Stearns Lending Inc. Remittance Account | WH | 5364 | - |
| Texas Capital Bank | Repayment Account | WH | 5380 | - |
| Texas Capital Bank | Stearns Lending LLC | WH | 5372 | - |
| Wells Fargo | Stearns Lending Clearing | WH | 3495 | 2,983.22 |
| Wells Fargo | Greenpath Reserve | Operating | 9873 | 50,000.00 |
| Western Alliance Bank | Greenpath Reserve | Operating | 6714 | - |
| City National Bank | Stearns Ventures, Inc. | Operating | 3047 | 7,937,500.00 |
| City National Bank | BSN General/Operating | Operating | 8015 | 594.36 |
| Western Alliance Bank | Private Mortgage Advisors Bancontrol | WH | 2616 | 50,000.00 |
| Western Alliance Bank | Private Mortgage Advisors Settlement | WH | 2467 | - |
| Western Alliance Bank | Private Mortgage Advisors Operating[2] | Operating | 6369 | 1,209,388.09 |
| Wells Fargo | Private Mortgage Advisors Haircut | WH | 9277 | 49,826.90 |
| Wells Fargo | Stearns Cash Collateral Account Corporate Card | Restricted | 1088 | 78,750.00 |
| Western Alliance Bank | SL Fannie CarveOut x3856[3] | Custodial | 3856 | 1,000,876.95 |

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF NEW YORK

In re: STEARNS HOLDINGS, LLC et al.  
Debtor

Case No. 19-12226  
Reporting Period September 01, 2019 to September 30, 2019

**Bank Account Balances ($)[1]**

| Depository Institution | Account Name | Description | Last 4 | Month End Balance |
|---|---|---|---|---|
| Western Alliance Bank | SL Utility Deposit x2535 | Restricted | 2535 | 100,063.85 |
| Western Alliance Bank | SL Bidder Deposit Account x1211[4] | Restricted | 1211 | 6,005,004.79 |
| Bank of America | Protos Account | For Protos | 1677 | - |

**Notes:**
(1) Due to volume, bank account reconciliations and related materials are available to the United States Trustee upon request.
(2) As of the date hereof, the Debtors maintained less than $250k in the Private Mortgage Advisors operating bank account (x6369) at Western Alliance Bank.
(3) This account is a custodial account and holds collateral of Fannie Mae. As of the date hereof, this money has been moved to the City National Bank custodial account ending in 6145.
(4) The money in the bidder deposit account is not the debtors' funds. The money in the bidder deposit account is expected to leave the account on or before the effective date of the plan of reorganization.

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re: STEARNS HOLDINGS, LLC et al.  
Debtor

Case No. 19-12226  
Reporting Period September 01, 2019 to September 30, 2019

**Summary of Post-Petition Insider Payments ($)**[1]

| Name | Type of Payment | Amount Paid | Cumulative Amount Paid[2] |
|---|---|---:|---:|
| Trimavin | Affiliate Company | 97,845.00 | 97,845.00 |
| Triverify | Affiliate Company | 61,990.50 | 106,829.00 |
| UHS AMERICA | Affiliate Company | 88,813.29 | 88,813.29 |
| Allyson Knudsen | Compensation | 26,190.86 | 52,381.72 |
| Chris Mitchell | Board of Directors | 12,500.00 | 25,000.00 |
| David Schneider | Compensation | 43,382.85 | 86,765.69 |
| Equity Healthcare | Blackstone Portfolio Company | - | 6,705.00 |
| Glenn Stearns | Board of Directors | 83,333.00 | 166,666.00 |
| John Dutra | Compensation | 15,969.90 | 49,372.09 |
| Michael Iorio | Compensation | - | 13,847.93 |
| Mphasis | Blackstone Portfolio Company | 405,042.11 | 653,367.16 |
| Optiv Security | Blackstone Portfolio Company | 112,452.45 | 241,765.84 |
| Radha Thompson | Compensation | 25,374.73 | 50,749.46 |
| Steve Smith | Compensation | 37,033.76 | 74,067.52 |
| Tamara Jetton | Compensation | 17,334.91 | 34,669.82 |
| Terry McCoy | Compensation | 26,152.72 | 52,305.44 |
| Todd Bergwall | Compensation | 24,351.30 | 48,702.60 |
| William H. Cary | Board of Directors | 20,833.00 | 41,831.20 |
| Daniel Klein | Compensation | 9,569.34 | 18,454.18 |
| Thanh Yen Le | Compensation | 24,517.98 | 51,065.44 |
| Hunter Nelson | Compensation | 5,254.58 | 10,799.72 |
| Michael Nguyen | Compensation | 7,144.90 | 14,289.79 |
| | *Total:* | 1,145,087.18 | 1,986,293.89 |

**Notes:**

(1) Payments to Affiliate Companies and Blackstone Portfolio Companies are payments to Stearns' vendors. Blackstone Portfolio Companies are affiliates via common Blackstone ownership or control. Compensation is related to salary, benefits, and taxes paid to Officers and Directors, or on behalf of Officers and Directors, by Stearns, or paid to employees of Stearns who are also relatives of current or former Officers or Directors. Board of Directors relates to scheduled payments and expense reimbursements to Stearns' board members.

(2) Cumulative amount paid since August 1, 2019.

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF NEW YORK

In re: STEARNS HOLDINGS, LLC et al.  Case No. 19-12226
Debtor  Reporting Period September 01, 2019 to September 30, 2019

**Consolidated Statement Of Operations** [1], [2]

|  | Current Month | Cumulative Filing to Date |
|---|---:|---:|
| Mortgage Origination and Gain (Loss on Sales) | 25,254,030.11 | 93,889,682.50 |
| Loan Servicing Revenue, Net | (560,623.50) | (2,690,565.01) |
| Net Interest Income (Loss) | (639,317.34) | (2,503,057.29) |
| Income from Unconsolidated Joint Ventures | 2,084,762.61 | 7,181,886.49 |
| Other Income | 1,060,202.22 | 2,591,455.78 |
| **Revenues** | **27,199,054.10** | **98,469,402.47** |
| Personnel Expense | 15,009,163.51 | 43,585,254.27 |
| Broker Compensation | 9,264,547.33 | 27,868,334.33 |
| Other Origination Costs | 1,125,940.99 | 2,928,570.58 |
| General & Administrative Expense | 4,728,571.07 | 13,001,756.09 |
| **Expenses** | **30,128,222.90** | **87,383,915.27** |
| **Income (Loss) Before Taxes** | (2,929,168.80) | 11,085,487.20 |
| Minority Interest | - | - |
| Income Tax Provision | - | - |
| Reorganization items, net | 6,423,808.66 | 33,363,154.83 |
| **Net Income (Loss)** | **(9,352,977.46)** | **(22,277,667.63)** |

**Notes:**

(1) The financial statements and supplemental information contained herein are limited in scope and cover a limited time period. Moreover, such information is preliminary, unaudited, and subject to change.

(2) The financial position and results of operations contained herein are not necessarily indicative of results which may be expected for any other period or for the full year and as a result, may not reflect the consolidated financial position and results of operations of the Debtors in the future.

# UNITED STATES BANKRUPTCY COURT
**SOUTHERN DISTRICT OF NEW YORK**

In re: STEARNS HOLDINGS, LLC et al.  
Debtor

Case No. 19-12226  
Reporting Period September 01, 2019 to September 30, 2019

**Consolidated Balance Sheet [1]**

|  | Book Value as of Month End |
|---|---:|
| ASSETS | |
|     Cash and Cash Equivalents | 36,863,411.31 |
|     Restricted Cash Assets | 2,802,528.19 |
|     Loans Held for Sale | 1,385,154,873.86 |
|     Mortgage Servicing Rights | 12,605,337.52 |
|     Interest Rate Lock Commitments - Assets | 15,148,635.96 |
|     Investment in Joint Ventures | 47,316,695.34 |
|     Other Assets | 136,307,184.60 |
| **Total Assets** | **1,636,198,666.78** |
| | |
| LIABILITIES | |
|     Repurchase Agreement Facilities | 1,281,297,497.65 |
|     Accounts Payable and Accrued Liabilities | 65,839,676.98 |
|     Interest Rate Lock Commitments - Liabilities | 2,021,745.20 |
|     Cash Flow DIP Facility | 15,000,000.00 |
|     Other Liabilities | 26,712,306.05 |
|     Liabilities Subject to Compromise | 208,972,753.70 |
| **Total Liabilities** | **1,599,843,979.58** |
| | |
| MEMBERS' EQUITY | |
|     Members' Equity | 20,673,650.92 |
|     Retained Earnings | 15,681,036.28 |
| **Total Members' Equity** | **36,354,687.20** |
| | |
| **Total Liabilities and Members' Equity** | **1,636,198,666.78** |

**Notes:**

(1) The financial statements and supplemental information contained herein are limited in scope and cover a limited time period. Moreover, such information is preliminary, unaudited, and subject to change.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re: STEARNS HOLDINGS, LLC et al.  
Debtor

Case No. 19-12226  
Reporting Period September 01, 2019 to September 30, 2019

**Status of Post-Petition Taxes**

| Federal | Beginning Tax | Amount Withheld and/or Accrued | Amount Paid | Ending Tax |
|---|---|---|---|---|
| Withholding | - | 1,646,965.95 | 1,646,965.95 | - |
| FICA-Employee | - | 656,507.21 | 656,507.21 | - |
| FICA-Employer | - | 639,882.40 | 639,882.40 | - |
| Unemployment | - | 1,181.28 | 1,181.28 | - |
| Income | - | - | - | - |
| Other: | - | - | - | - |
| Total Federal Taxes | - | 2,944,536.84 | 2,944,536.84 | - |
| **State and Local** | | | | |
| Withholding | - | 401,112.57 | 401,112.57 | - |
| Sales & Use | - | - | - | - |
| Excise | - | - | - | - |
| Unemployment | - | 19,324.25 | 19,324.25 | - |
| Real Property | - | - | - | - |
| Personal Property | - | - | - | - |
| Other: State Medical Leave Insurance | - | 398.14 | 398.14 | - |
| Other: State Disability/Medical & Family Leave/Unemployment Insurance | - | 22,611.20 | 22,611.20 | - |
| Other: Workers' Benefit Fund Assessment | - | 89.50 | 89.50 | - |
| Other: Transit Tax | - | 232.42 | 232.42 | - |
| Local Income Tax Withholding | - | 7,060.88 | 7,060.88 | - |
| Total State and Local | - | 450,828.96 | 450,828.96 | - |
| **Total Taxes** | **-** | **2,951,597.72** | **2,951,597.72** | **-** |

**Summary of Unpaid Post-Petition Debts**

*Number of Days Past Due*

| | Current | 0-30 | 31-60 | 61-90 | Over 91 | Total |
|---|---|---|---|---|---|---|
| Accounts Payable | 1,055,543.23 | 29,560.52 | 401.13 | 206.22 | - | 1,085,711.10 |
| Wages Payable | - | - | 22,223.70 | - | - | 22,223.70 |
| Taxes Payable | - | - | - | - | - | - |
| Rent/Leases-Building | - | - | - | - | - | - |
| Rent/Leases-Equipment | - | - | - | - | - | - |
| Secured Debt/Adequate Protection Payments | - | - | - | - | - | - |
| Professional Fees | - | - | - | - | - | - |
| Other: | - | - | - | - | - | - |
| Other: | - | - | - | - | - | - |
| **Total Post-petition Debts** | **1,055,543.23** | **29,560.52** | **22,624.83** | **206.22** | **-** | **1,107,934.80** |

**Notes:**

Payroll and the associated taxes are transferred into the Stearns' payroll account which is subsequently debited by ADP. Considering payroll taxes left the debtors' control they are considered paid as incurred. Quarterly deposit reports are provided by ADP to confirm the proper transference of the monies from Stearns to the proper taxing authorities, both State and Federal. The third quarter deposit report reflected full and complete payment of all taxes for the third quarter.

The Debtors maintain that all taxes are paid as incurred. To the extent that an accrual would happen, the tax receivable (asset) or payable (liability) would be captured within the "Other" category in the appropriate asset or liability section on the balance sheet.

Unpaid post-petition debts due to insiders are classified as "current" in the aggregate amount of $220,803.07 for the period of this MOR. These unpaid post-petition debts are captured in accounts payable as they are associated with payments to vendors. Additionally, due to the lack of payment terms for every vendor a 30 day assumption was applied to each invoice in an effort to separate into the respective buckets.

# UNITED STATES BANKRUPTCY COURT
**SOUTHERN DISTRICT OF NEW YORK**

In re: STEARNS HOLDINGS, LLC et al.  
Debtor

Case No. 19-12226  
Reporting Period September 01, 2019 to September 30, 2019

**Schedule Of Retained Restructuring Professional Fees ($)**

| Name | Amount Paid During the Reporting Period | Cumulative[1] |
|---|---:|---:|
| *Estate Professionals* | | |
| Alvarez & Marsal | 572,410 | 572,410 |
| PJT Partners LP[2] | - | - |
| Prime Clerk LLC | 1,529 | 1,529 |
| Skadden, Arps, Slate, Meagher & Flom LLP[3] | 1,463,483 | 1,463,483 |
| PricewaterhouseCoopers | - | - |
| Ernst & Young | - | - |
| *Total Estate Professionals* | 2,037,422 | 2,037,422 |

**Notes:**
(1) No payments to retained professionals were made from July 09, 2019 to August 31, 2019.
(2) PJT Partners LP applied their Pre-Petition Fee Credit to their July Invoice. Refer to DOC 276 for details.
(3) Skadden's amount payable for the period was $1,795,689.68, less the applied retainer balance of $332,207.00, related to their July invoice.

# UNITED STATES BANKRUPTCY COURT
**SOUTHERN DISTRICT OF NEW YORK**

In re: STEARNS HOLDINGS, LLC et al.  
Debtor

Case No. 19-12226  
Reporting Period September 01, 2019 to September 30, 2019

**Debtor Questionnaire**

| Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets | Yes | No | Comments |
|---|---|---|---|
| Have any assets been sold or transferred outside the normal course of business this reporting period? | | X | |
| Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | X | |
| Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | X | |
| Are workers compensation, general liability or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | X | |
| Is the Debtor delinquent in paying any insurance premium payment? | | X | |
| Have any payments been made on pre-petition liabilities this reporting period? | X | | Payments have been made on items covered by the First-Day Orders. |
| Are any post petition receivables (accounts, notes or loans) due from related parties? | X | | Receivables are associated with intercompany balances related to shared service contracts that have not been settled as of the date of this MOR. Additionally, lines of credit extended to BKCO, Certainty and Citywide are notes from related parties. |
| Are any post petition payroll taxes past due? | | X | |
| Are any post petition State or Federal income taxes past due? | | X | |
| Are any post petition real estate taxes past due? | | X | |
| Are any other post petition taxes past due? | | X | |
| Have any pre-petition taxes been paid during this reporting period? | X | | Tax payments that have been made relate to personal property taxes. Authority for these payments is pursuant to the first day tax order and discussed in the corresponding motion. |
| Are any amounts owed to post petition creditors delinquent? | | X | |
| Are any wage payments past due? | X | | Past due wage payments are associated with employee volume incentives that are in excess of the $13,650 cap. |

# UNITED STATES BANKRUPTCY COURT
**SOUTHERN DISTRICT OF NEW YORK**

In re: STEARNS HOLDINGS, LLC et al.  
Debtor

Case No. 19-12226  
Reporting Period September 01, 2019 to September 30, 2019

**Debtor Questionnaire**

| Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets | Yes | No | Comments |
|---|---|---|---|
| Have any post petition loans been received by the Debtor from any party? | X | | DIP financing from Barclays, Nomura, and Blackstone. |
| Is the Debtor delinquent in paying any U.S. Trustee fees? | | X | |
| Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | X | |
| Have the owners or shareholders received any compensation outside of the normal course of business? | | X | |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re: STEARNS HOLDINGS, LLC et al.                                                                         Case No. 19-12226

**QUARTERLY FEE SUMMARY**

| Case No. | Debtor Entity Name: | Cumulative Net Disbursements[1] | Q3 Debtor Fee Calculation |
|---|---|---:|---:|
| 19-12225 | PROTOS ACQUISITION LLC | - | 325.00 |
| 19-12226 | STEARNS HOLDINGS, LLC | 3,617,930.25 | 36,179.30 |
| 19-12227 | BSNAP, LLC | - | 325.00 |
| 19-12228 | PRIVATE MORTGAGE ADVISORS, LLC | 861,166.47 | 4,875.00 |
| 19-12229 | STEARNS LENDING, LLC | 439,323,451.79 | 250,000.00 |
| 19-12230 | STEARNS CO-ISSUER INC. | - | 325.00 |
| 19-12231 | STEARNS VENTURES, LLC | 20,040.00 | 650.00 |
| | *Total:* $ | 443,822,588.51 $ | 292,679.30 |

**Notes:**
(1) Cumulative for calendar quarter three - July (starting July 09, 2019), August, and September. Fee estimate accurate for disbursements through September 30, 2019.